

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar Number 14853
   MINA CHANG
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6336 / Fax: 702.388.6418
5  mina.chang@usdoj.gov
   *Attorneys for the United States*

6
                    UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,

9            Plaintiff,                  Case No. **2:21-MJ-00887-VCF**

10      v.                               <u>GOVERNMENT'S MOTION
                                         TO SEAL COMPLAINT</u>
11 NANCY KAY SHEDLESKI,
                                         **(Filed Under Seal)**
12           Defendant.

13

14     The United States of America, by and through Christopher Chiou, Acting United

15 States Attorney, and Mina Chang, Assistant United States Attorney, respectfully moves this

16 Honorable Court for an Order sealing the Complaint, together with this Motion and the

17 Court's Sealing Order, in the above-captioned matter until such time as the Court, or

18 another Court of competent jurisdiction, shall order otherwise.

19     It is necessary for the Complaint in this case to be sealed in light of the fact that it

20 makes reference to information regarding an ongoing investigation. Public disclosure of the

21 information in the Complaint might jeopardize the investigation and the Government's

22 ability to arrest defendant Nancy K. Shedleski, who is not yet in custody. Although

23 Shedleski has been interviewed by agents with the Social Security Administration, Office of

24 Inspector General, she does not yet know of the Social Security Administration's

involvement in apprehending and arresting her. If she were to find out that federal law enforcement officers were attempting to effectuate her arrest, Shedleski may attempt to flee, relocate, or take actions to otherwise frustrate the investigation.

To facilitate Shedleski's arrest, the Government respectfully requests that this Court grant the Government's motion and seal the Complaint in this case, as well as this Motion and the Court's Order on this Motion.

DATED this 20th day of October, 2021.

Respectfully submitted,
CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Mina Chang*
MINA CHANG
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NANCY KAY SHEDLESKI,

Defendant.

Case No. 2:21-MJ-00887-VCF

**Order Granting Government's Motion to Seal Complaint**

**(Filed Under Seal)**

Based on the pending Motion of the Government, and good cause appearing, IT IS HEREBY ORDERED that the Complaint, the Motion, and this Court's Sealing Order in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 20th day of October, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3