# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00887-VCF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| NANCY KAY SHEDLESKI, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 9, 2022 at the hour of 4:00 p.m., be vacated and continued to July 5, 2022 at the hour of 4:00 p.m.

DATED this 5th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3